UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01139-WWB-LHP

HOWARD COHAN,

    Plaintiff,

vs.

BLH ACQUISITION CO., LLC
a Foreign Limited Liability Company
d/b/a BAR LOUIE

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BLH ACQUISITION CO., LLC, a Foreign Limited Liability Company, d/b/a BAR LOUIE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED December 1, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Gretchen M. Lehman** |
| Gregory S. Sconzo, Esq. | Gretchen M. Lehman, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 0046365 |
| Sconzo Law Office, P.A. | gretchen.lehman@ogletree.com |
| 3825 PGA Boulevard, Suite 207 | OGLETREE, DEAKINS, NASH, |
| Palm Beach Gardens, FL 33410 | SMOAK & STEWART, P.C. |

1

| | |
|---|---|
| Telephone: (561) 729-0940 | 100 North Tampa Street, Suite 3600 |
| Facsimile: (561) 491-9459 | Tampa, Florida 33602 |
| Email: greg@sconzolawoffice.com | Telephone: (813) 289-1247 |
| Email: alexa@sconzolawoffice.com | Facsimile: (813) 289-6530 |
| Attorney for Plaintiff | Secondary Emails: |
| | angela2.jackson@ogletree.com |
| | TAMdocketing@ogletree.com |
| | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**